IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PHYLLIS KLECKLEY<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (d/b/a Amtrak) | CIVIL ACTION<br><br>NO. 18-4298 |
|---|---|

## ORDER

**AND NOW, TO WIT:** This 7th day of January, 2019, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** /s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk

O:\CIVIL 18\18-4298 KLECKLEY V AMTRAK\18CV4298 41B ORDER 01072019.DOCX